UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA GREEN, | 1:05-cv-259 OWW DLB P |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| - BROUCH, et al., | |
| Defendants | |

Pursuant to the request of the plaintiff and with the agreement of counsel for the defendants,

THIS ACTION IS ORDERED DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

**Dated:   May 23, 2005**             /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE